IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAMSEY HILL EXPLORATION, LLC,

    Plaintiff,

    v.                                            Case No. 19-cv-82-wmc

JGS ALL AMERICAN CONSTRUCTION, LLC,
RAIL TRUSTS EQUIPMENT, INC. and
GRANT GIBBS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered as follows:

1. Plaintiff Ramsey Hill Exploration, LLC's claims against defendant Grant Gibbs are dismissed without prejudice and without costs.

2. Plaintiff Ramsey Hill Exploration, LLC is awarded $160,758.25 in damages jointly and severally against defendants Rail Trusts Equipment, Inc., and JGS All American Construction, LLC.

4. Plaintiff Ramsey Hill Exploration, LLC is awarded an additional $96,802.44 in damages against defendant JGS All American Construction, LLC solely.

Approved as to form this 23rd day of November, 2020.

_William M. Conley_
District Judge

_Peter Oppeneer_, Clerk of Court            11/23/20
                                                        Date